**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael Alan SMARR, Defendant–**
**Appellant.**

No. 05–40391
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 5, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Francisco Javier Montemayor, Jr., Laredo, TX, for Defendant–Appellant.

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM: *

Michael Alan Smarr appeals his conviction for transporting illegal aliens for the purpose of commercial advantage or private financial gain in violation of 8 U.S.C.

---

§ 1324(a)(1)(A)(ii) and (a)(1)(B)(I). Smarr argues that the evidence was insufficient to support his conviction because the evidence did not establish that he committed the offense for the purpose of commercial advantage or private financial gain. We conclude that the evidence was sufficient to establish that Smarr participated in an illegal alien smuggling operation and that members of the operation received sums of money to help the illegal aliens enter the United States illegally and travel within the United States. The evidence was sufficient to support Smarr's conviction. *See United States v. Nolasco–Rosas,* 286 F.3d 762, 765 (5th Cir.2002); *United States v. Moser,* 123 F.3d 813, 819 (5th Cir.1997).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.